Mike **ALVAREZ**, Appellant, v. **STATE**, Appellee.
No. 24037.

Court of Criminal Appeals of Texas.
March 31, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is assault with intent to murder; the penalty, two years in the penitentiary.

The appellant moves to withdraw his appeal and has filed his personal affidavit supporting the motion.

The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.